# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **TAMEKA FULSON,** | ) |
| Plaintiff, | ) |
| | ) Case No. 4:24-CV-00042-RK |
| v. | ) |
| | ) |
| **CHIPOTLE SERVICES, LLC d/b/a** | ) |
| **CHIPOTLE MEXICAN GRILL** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Tameka Fulson and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action in its entirety with prejudice, with each party to bear her/its own attorneys' fees and costs.

CORNERSTONE LAW FIRM

*/s/ Katherine L. Cooper*
M. Katherine Paulus MO #60217
Katherine Cooper   MO #75514
m.paulus@cornerstonefirm.com
k.cooper@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, MO 64151
Tel: 816-581-4040
Fax: 816-741-8889

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 29th day of April, 2024, a true and accurate copy of the foregoing was electronically filed via the Court's ECF System, which automatically notified all counsel of record.

      /s/ *Katherine L. Cooper*
      Attorney for Plaintiff